Law Offices of

# RIGGS & ELLSWORTH, P.C.

1423 South Higley Road, Suite 110
Mesa, Arizona 85206-3449
(480) 539-9400

Matthew L. Riggs (SBN 015532)
Jason C. Chapman (SBN 022386)
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ALANA MAE CASSA, a single woman | Cause No. |
| Plaintiff, | **COMPLAINT** |
| vs. | (Federal Tort Claims Act) |
| PATTI J. MALONE, M.D. and JOHN DOE MALONE; UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, a governmental entity;  INDIAN HEALTH SERVICES, WHITERIVER INDIAN HOSPITAL; JOHN and JANE DOES I-V; BLACK CORPORATIONS I-V; AND WHITE PARTNERSHIPS I-V, | |
| Defendants. | |

Plaintiff Alana Mae Cassa, by and through undersigned counsel, for her Complaint against the Defendants alleges as follows:

1.      At all times relevant herein, Plaintiff Alana Mae Cassa was a single woman and a resident of Navajo County, Arizona.

2.      Defendants Patti J. Malone, M.D. and John Doe Malone, upon information and belief, are married residents of the State of Arizona.  Defendant Patti J. Malone caused an event to occur in the State of Arizona out of which the subject matter of this lawsuit arises.

3.      Plaintiff alleges that, on information and belief, Defendant Patti J. Malone was acting for and on behalf of the marital community as consisting of Patti J. Malone and John

Law Offices of
RIGGS & ELLSWORTH, P.C.
1423 South Higley Road, Suite 110
Mesa, Arizona 85206-3449
(480) 539-9400 • FAX (480) 539-9510

Doe Malone.  Plaintiff does not know the true name of John Doe Malone, and therefore sues by his fictitious name.  At such time as the true name and identity of this fictitious Defendant becomes known to Plaintiff, Plaintiff will request leave of this Court to amend the Complaint.

4.     This action arises under 28 U.S.C. § 2671 *et.seq.*, the Federal Court Tort Claims Act and jurisdiction for this action arises under 28 U.S.C. § 346(b) and/or 28 U.S.C. § 1346(b).  Venue is proper within the District of Arizona pursuant to 28 U.S.C. § 1402(b) because all acts referred to herein occurred within the District of Arizona.

5.     Upon information and belief, the Defendant U.S. Department of Health and Human Services is an independent establishment of the executive branch of the government of Defendant United States of America.

6.     Defendants Indian Health Services and Whiteriver Indian Hospital are agencies of the Defendant U.S. Department of Health and Human Services.

7.     Defendants United States of America and/or U.S. Department of Health and Human Services through its agents/employees have caused acts or events to occur within the State of Arizona, which acts or events form the basis for the cause of action set forth.

8.     Upon information and belief, at all times relevant hereto, Defendant Patti J. Malone was acting within the course and scope of her employment with Defendants United States of America and/or U.S. Department of Health and Human Services as a physician at the Defendant hospital Whiteriver Indian Hospital.

9.     Defendants United States of America and/or the U.S. Department of Health and Human Services are responsible for the negligent acts and/or omissions of Defendant Malone under the doctrine of *respondeat superior* and/or pursuant to 28 U.S.C. §1346.

10.     The amount in controversy in this matter exceeds the minimum jurisdictional amount required for this Court's jurisdiction.

11.     Plaintiff has provided Defendants with a proper and timely notice of her claim pursuant to the provisions of 28 C.F.R. Part 14 and/or 28 U.S.C. §2675.

12.     The foregoing claim was denied and this action has been timely filed in accordance with the Federal Tort Claims Act.

13.     On or about October 4, 2006 presented to the emergency department at Whiteriver Indian Hospital, an agent of Defendant U.S. Department of Health and Human Services for treatment to a laceration on her left forearm.

14.     At the same date as mentioned above. Defendant Patti J. Malone M.D. injected Plaintiff Alana Mae Cassa with a contaminated needle.

15.     The above mentioned incident was caused by the careless and negligent acts and/or omissions of Defendant Malone during the course and scope of her employment with Defendant Whiteriver Indian Hospital, an agent of Defendants United States of America and/or U.S. Department of Health and Human Services.

16.     As a direct and proximate result of the careless and negligent acts and/or omissions of Defendant Malone, Plaintiff suffered considerable emotional trauma and endured  a series of blood screens for HIV, AIDS and other communicable diseases.

17.     As a direct and proximate result of the careless and negligent acts and/or omissions of Defendant Malone, Plaintiff has incurred general damages arising out of pain and suffering.

WHEREFORE, Plaintiff Alana Mae Cassa prays for judgment against the Defendants, and each of them as follows:

1.     For Plaintiff's special damages, including but not limited to any expenses incurred for medical care and treatment of her injury;

2.     For Plaintiff's general damages;

3.     For Plaintiff's costs incurred herein; and

4.     For such other and further relief as the Court may deem just and proper.

1     RESPECTFULLY SUBMITTED this 29 day of September , 2008.

2

3                                        **RIGGS & ELLSWORTH, P.C.**

4

5                                        By: /s/Jason C. Chapman
                                              Matthew L. Riggs
6                                             Jason C. Chapman
                                              1423 South Higley Road, Suite 110
7                                             Mesa, Arizona 85206-3449
                                              Attorneys for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        4